IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOFFETT<br>　　　Plaintiff,<br>v.<br>ZIMMER, INC., et al.,<br>　　　Defendants. | Case No. 12-cv-03445-WHO |

**PROPOSED ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND EXTEND DEADLINE TO FILE CASE MANAGEMENT STATEMENT**

Came on to be heard Plaintiff's Unopposed Motion to Continue Case Management Conference and Extend Deadline to File Case Management Statement, and this Court, having considered the motion and the record, hereby finds and holds that good cause exists for granting the motion and entering this Order continuing the Case Management Conference, which will now be held before the Honorable William H. Orrick on ___December 16, 2014___ at _2:00_ p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This Court's Case Management Conference Order dated November 6, 2014, remains in effect except for the date on which the Case Management Conference will be held.

Dated:  November 13, 2014

*[signature]*
WILLIAM H. ORRICK
United States District Judge

1
PROPOSED ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE