Sonja S. Weissman (State Bar No. 154320)
Jaclyn M. Setili (State Bar No. 279138)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94107
Telephone:     415.543.8700
Facsimile:     415.391.8269
Email: sweissman@reedsmith.com
Email: jsetili@reedsmith.com

Abigail M. Butler, *pro hac vice*
Michael S. Gallo, *pro hac vice*
FAEGRE BAKER DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802
Telephone:     260.424.8000
Facsimile:     260.460.1700
Email: abigail.butler@faegrebd.com
Email: michael.gallo@faegrebd.com

Attorneys for Defendants Zimmer, Inc.; Zimmer Holdings, Inc.; Wilson/Phillips Holdings, Inc., a/k/a Zimmer Wilson Phillips; and Zimmer Orthopaedic Surgical Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOFFETT, | Case Number:  3:12-cv-3445-WHO |
| Plaintiff, | **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| ZIMMER, INC; ZIMMER HOLDINGS, INC.; WILSON/PHILLIPS HOLDINGS, INC., A/K/A ZIMMER WILSON PHILLIPS; ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.; McKESSON CORPORATION; and DOES ONE through ONE HUNDRED, inclusive, | Honorable William H. Orrick |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Zimmer, Inc., Zimmer Holdings, Inc., Wilson/Phillips Holdings, Inc., a/k/a Zimmer Wilson Phillips, and Zimmer Orthopedic Surgical Products, Inc., (collectively, "Zimmer")

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

respectfully request that the Court allow a telephonic appearance by Michael S. Gallo of Faegre Baker Daniels LLP, Zimmer's national counsel, at the case management conference, which is currently calendared for December 16, 2014 at 2:00 p.m. in Courtroom 2, 17th Floor of the above-captioned Court.

Personal attendance by Michael S. Gallo (located in Fort Wayne, Indiana) would constitute an added expense to Zimmer, and his telephonic appearance will not prejudice any party. Michael S. Gallo may be reached telephonically at (260) 460-1721.

DATED: December 9, 2014          REED SMITH LLP

By     /s/ Jaclyn M. Setili
Attorneys for Defendants Zimmer, Inc., Zimmer Holdings, Inc., Wilson/Phillips Holdings, Inc., a/k/a Zimmer Wilson Phillips, and Zimmer Orthopedic Surgical Products, Inc.

**ORDER**

IT IS HEREBY ORDERED THAT national counsel for Defendants Zimmer, Inc., Zimmer Holdings, Inc., Wilson/Phillips Holdings, Inc., a/k/a Zimmer Wilson Phillips, and Zimmer Orthopedic Surgical Products, Inc., (collectively, "Zimmer") may appear telephonically at the case management conference, which is currently set for December 16, 2014 at 2:00 p.m. in Courtroom 2, 17th Floor of the above-captioned Court, by and through their counsel, Michael S. Gallo, at (260) 460-1721.

Dated: December 12, 2014

Hon. William H. Orrick