Sonja S. Weissman (State Bar No. 154320)
Jaclyn M. Setili (State Bar No. 279138)
Candace B. Neal (State Bar No. 288587)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   415.543.8700
Facsimile:    415.391.8269
Email: sweissman@reedsmith.com
Email: jsetili@reedsmith.com

Abigail M. Butler (*Pro Hac Vice*)
Michael S. Gallo (*Pro Hac Vice*)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Telephone:   260.424.8000
Facsimile:    260.460.1700
Email: abigail.butler@faegrebd.com
Email: michael.gallo@faegrebd.com

Attorneys for Defendants Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopedic Surgical Products, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOFFETT, | Case Number: 3:12-cv-3445-WHO |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINES** |
| v. | |
| ZIMMER, INC; ZIMMER HOLDINGS, INC.; WILSON/PHILLIPS HOLDINGS, INC., A/K/A ZIMMER WILSON PHILLIPS; ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.; McKESSON CORPORATION; and DOES ONE through ONE HUNDRED, inclusive, | Honorable William H. Orrick |
| Defendants. | |

Pursuant to Local Rule 6-2 and 7-12, Plaintiff John Moffett and Defendants Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopedic Surgical Products, Inc. (collectively, the "Parties") hereby stipulate, through their undersigned counsel of record, to an extension of the discovery deadlines in this case. In support of this stipulation, the parties state as follows:

1. The Court entered the Civil Pretrial Order (the "Order") on December 23, 2014, which sets forth the current case schedule in this matter (Doc. 28). The Court also set a mediation deadline of November 15, 2015, in civil minutes entered on December 16, 2015 (Doc. 27). The Parties respectfully seek a brief extension of the discovery and mediation deadlines in this case. The Parties do not seek to alter the deadline for dispositive motions or the pretrial conference date.

2. This is the Parties' first stipulation or request to extend the deadlines and is made in order to allow the Parties additional time to conduct and exchange discovery, collect all relevant medical records, and issue expert reports necessary to collectively evaluate their cases. Furthermore, mediation has a greater possibility of being productive once additional fact discovery has been completed in this case and the parties have begun to develop their arguments and defenses.

3. This request is made for good cause and not made for the purposes of delay or to prejudice any party, but in the interests of justice and for the purposes of an efficient and cost-effective potential resolution of this case.

**NOW THEREFORE**, the Parties, through their counsel of record, hereby STIPULATE and AGREE that the deadlines in the Order are amended as follows:

| Event/Deadline | Current Date | New Date After Extension |
|---|---|---|
| **Discovery Cutoff** | March 1, 2016 | May 2, 2016 |
| **Plaintiff's Expert Disclosure** | November 9, 2015 | January 8, 2016 |
| **Defendants' Expert Disclosure** | November 9, 2015 | February 23, 2016 |
| **Expert Rebuttal** | January 29, 2015 | April 1, 2016 |
| **Mediation Deadline** | November 15, 2015 | January 15, 2016 |

DATED:  November 3, 2015        THE MULLIGAN LAW FIRM

*/s/ Eric W. Gruenwald*
Eric W. Gruenwald
3710 Rawlins St., Suite 901
Dallas, TX  75219-4231
Telephone:     916.922.2310

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

*Attorney for Plaintiff, John Moffett*

REED SMITH LLP

*/s/ Candace B. Neal*
Sonja S. Weissman (SBN 154320)
Jaclyn Setili (SBN 279138)
Candace B. Neal (SBN 288587)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     415.543.8700
Facsimile:     415.391.8269

Abigail M. Butler (*Pro Hac Vice*)
Michael S. Gallo (*Pro Hac Vice*)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Telephone:     260.424.8000
Facsimile:     260.460.1700

*Attorneys for Defendants Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopedic Surgical Products, Inc.*

The undersigned attests that concurrence in the filing of the document has been obtained from each of the signatories.

REED SMITH LLP

 */s/ Candace B. Neal*
Candace B. Neal (SBN 288587)

**ORDER**

Pursuant to the Stipulation, IT IS HEREBY ORDERED THAT the deadlines in this case are amended as requested by the Parties above.

DATED: November 9, 2015

Honorable William H. Orrick,
United States District Judge