UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOFFETT,<br><br>            Plaintiff,<br><br>    v.<br><br>ZIMMER, INC., et al.,<br><br>            Defendants. | Case No. 12-cv-03445-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 29 |

In light of the recent extension of the case schedule, the Case Management Conference is continued until February 9, 2016 at 2 p.m.  The parties are reminded that a Joint Case Management Statement is due on February 2, 2016.

**IT IS SO ORDERED**.

Dated: November 13, 2015



WILLIAM H. ORRICK
United States District Judge