UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOFFETT,<br><br>            Plaintiff,<br><br>     v.<br><br>ZIMMER, INC., et al.,<br><br>            Defendants. | Case No. 12-cv-03445-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 40 |

On March 10, 2016, defendants Zimmer, Inc., Zimmer Holdings, Inc. Wilson/Phillips Holdings, Inc., a/k/a Zimmer Wilson Phillips, and Zimmer Orthopedic Surgical Products, Inc., n/k/a Zimmer Surgical, Inc. (collectively "Zimmer") filed a motion for summary judgment. Dkt. No. 40. Plaintiff John Moffett's opposition was due on March 24, 2016. As of the date of this Order, no opposition brief has been filed.

Accordingly, Moffett is ORDERED to file any opposition by April 5, 2016 along with an accompanying declaration explaining why the brief was not timely filed. Failure to submit an opposition will result in the Court considering the motion solely on Zimmer's papers. In the event Moffett files an opposition brief, Zimmer may file its reply brief by April 12, 2016.

**IT IS SO ORDERED**.

Dated: April 1, 2016

WILLIAM H. ORRICK
United States District Judge