UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOFFETT,<br><br>            Plaintiff,<br><br>    v.<br><br>ZIMMER, INC., et al.,<br><br>            Defendants. | Case No. 12-cv-03445-WHO<br><br>**ORDER REGARDING UPCOMING HEARING** |

The hearing set for April 20, 2016 is VACATED and replaced with a telephonic conference on the same date at 1:30 p.m.  Courtroom Deputy Jean Davis will contact the parties to make arrangements for the conference.  The purpose of the conference is not to discuss defendants' motion for summary judgment, but to discuss whether jurisdiction exists given that plaintiff and defendant Wilson/Phillips Holdings, Inc. are both citizens of Texas.  *See* Notice of Removal ¶¶ 15, 20 (Dkt. No. 1); 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States.").

**IT IS SO ORDERED**.

Dated: April 18, 2016

WILLIAM H. ORRICK
United States District Judge